IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RICHARD D. EASTES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08-00013 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Richard D. Eastes's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 15), to which Defendant Commissioner of Social Security filed a Response in Opposition (Doc. No. 25). Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 28) recommending that Plaintiff's Motion be granted and that the case be remanded. The Report was filed on April 29, 2009, and no objections have been filed by the Defendant. Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** this action for further proceedings consistent with the Magistrate's Report.

It is so ORDERED.

Entered this 28th day of May, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT